# In the United States Court of Federal Claims

No. 20-1119
Filed: October 2, 2020

|  |  |
|---|---|
| CURRY, *et al.*, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

    On September 21, 2020, plaintiffs filed a "Motion for Nonsuit," requesting that the Court "dismiss this case without prejudice," as the plaintiffs have a proceeding pending in the U.S. Tax Court.  Motion for Nonsuit, ECF No. 7.  The Court construes this Motion as a Motion for Voluntary Dismissal.  For good cause shown, plaintiffs' Motion is **GRANTED**, and plaintiff's Complaint is hereby **DISMISSED** without prejudice.  The Clerk of Court is directed to take the necessary steps to dismiss this matter.

    **IT IS SO ORDERED.**

*Loren A. Smith*

Loren A. Smith,
Senior Judge